UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
OCT 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kevin Razzoli
   Plaintiff

                            Judge : Robertson

                            Case # : 05-1685 ( JR )

-v-

Federal Bureau of Prisons et.al;
   Defendants

            MOTION / BRIEF IN SUPPORT OF
            REQUEST FOR  " COURT ORDERED "
            PRE-TRIAL CONFERANCE  via ,
            PHOTO CONFERANCE or TELECONFERANCE
            Pursuant to  " RULE  16 (a) Fed. Rules
     of Civil Procedure ......

Comes now  " Kevin Razzoli #39945-066 " , plaintiff Pro Se  hereby seeks this Honorable Court's   " ORDER "  pursuant to **Federal Rules of Civil Procedure  Rule # 16 (a)(c)** , to  schedule a Court Room affixed with a PhotoConferance or Teleconferance  capabilities to entertain and help manage/dispose of any  " FRIVOLOUS ISSUES & HURDLES "   that might intentionally be orchestrated in this action to delay or commit fraud on court , by  abuse of Judicial Discretion , destruction of evidence that is in the defense's possession ....... This PreTrial Conferance will also help the Court better control and eleviate  any other unneccissary  hearings that might  become a burden to the court to settle any other disputes created to delay this proceedings .....

                        *[signature]*
                    NOTARIAL SEAL
           CYNTHIA A. HUGAR, Notary Public
              Gregg Twp., Union County
        My Commission Expires December 19, 2005

Date:                                              Submitted BY;

                                                *[signature]*
Notary Seal Affixed ..
                                             Kevin Razzoli#39945-066
                                             Plaintiff Pro Se
     Sworn to and subscribed before me    P.O. Box 2000
     this 29 day of Sept 2005             White Deer, Pa. 17887

## CASE SUMMARY of FACTS

Kevin Razzoli # 39945-066 Plaintiff Pro Se , who's Title 5 § 552 Complaint was filed on September 23, 2005 in the Inited States District Court for The District of Columbia , and assigned to The Honorable Judge Robertson and given case # 05-1685 .................

This action stems from the  " REPEATED " employment of other Federal Employees and other Law Enforcement Official to **willfully & knowingly** [ **manufacture & use** ]   " FALSE EVIDENCE " to draw an adverse decision towards the Plaintiff Kevin Razzoli . This has been a  [ re-occurance ] for over a period of 9 Years .

Some of the very same defendants  ( FCI ALLENWOOD ,U.S. PAROLE Comm'n & **U.S. Probation Department with branch offices being employed as done by Federal Bureau of Prisons , by using FCI ALLENWOOD** ) employing the same tactics  as done in  Razzoli -v- Swinson 225 F3d. 650 ( 3rd Cir. 2000) , **and also Razzoli -v- Swinson  3: 00-cv-1417 (Mid.of Penn.,Kosik J )** , where the Third Circuit Court of Appeals & District Court for the Middle District of Pennsylvannia Hon. Judge Kosik " Ruled Evidence was ERRONEOUS" and such evidence was and still is maintained in Razzoli's file which is the foundation for  case #03 -cv- 5434 (E.D.N.Y.)(AMON,J.) since it was presented in the gov't's response to Judge Amon  in case # 03-cv-2656 , which the **Second Circuit Court of Appeals on** April 20 ,2005  [ VACATED ] **it's MANDATE** . This is not , being questioned in this action ,but being mention to show a  " PATTERN ", by the defendants of  " WillFull Intent " to violate  the provissional SafeGuards of Title 5 § 552a(g)(1)(c),(g)(4), (e)(5) et.seq. and then  employ others to  " COVER UP and or INTIMIDATE " the plaintiff by further manufacturing  " FALSE & ERRONEOUS EVIDENCE " , to support [ **ADVERSE DECISION** ] against the Plaintiff Razzoli 339945-066 .

The  Courts decision in  " **Toolasprashad -v- B.O.P. , 286 F3d  576,578 (D.C.Cir 2002 )**  which deals with the very same employees for the Federal Bureau of Prisons ( FCI ALLENWOOD ) who have  " FALSIFIED RECORDS "  in retaliation  for the exercising of a "vested" U.S. Constitutional Rights., also where the U.S. Court of Appeals for The District of Columbia **reversed Razzoli -v- Fedral Bureau of Prisons , 230 F3d.371 ( D.C. Cir. 2000)** , who also  " APPOINTED COUNSEL " , for Kevin Razzoli .

" Miller & Chevalier of C.J.A. Panel was appointed" , to better Marshal the facts in this case . Miller & Chevalier is located at 600 K Street N.W. , Washington D.C. and is familiar with this case and would be a better

2

help to the Court & both sides if they was " APPOINTED pursuant to 18 U.S.C. 3006(g) "" and in the interest of Justice , since Razzoli is incarcerated for over a 12 Month Period and has no support & income to retain counsel .

1.) This ACTION case # 05-1685(JR) , stems from the use of a " FALSE & and RETALIATORY " incident Report used by both the Federal Bureau of Prisons & U.S. PAROLE Commission ( defendants) to draw an " ADVERSE " decision against Razzoli ( plaintiff ) on September 29,2004 .........

To further compound matters have employed agents from The US PROBATION Department located in [ " SEVERAL STATES " ] to manufacture FALSE & MISLEADING DOCUMENTS , that are to be used to draw & support ADVERSE DECISIONS [ " against " ] Razzoli the palintiff in this case .........

    Note : See EXHIBITS ATTACHED TO ORIGINAL FILING TO
    SUPPORT THIS STATEMENT ......

2.) Then , Defendants' Federal Bureau of Prisons , US PAROLE Commission , & U.S. PROBATION Department Employees ( Located in Several States ) manufacture & employ a DOCUMENT known to be " FALSE & ERRONEOUS " this document , is an arrest warrent that was vacated on June 7 ,2005 by Bronx Supreme Court Judge George Villegas of Bronx,New York .....

    Note : See EXHIBITS ORIGINALLY ATTACHED TO FILING , that supports
    the use of ARREST WARRENT [ after being Vacated on June 7,
    2005 ] that such use of warrent after June 7,2005 was used
    to draw an ADVERSE DECISION against Kevin Razzoli , Plaintiff.
    and violates Title 5 § 552a , since such document was invalidated
    on June 7 , 2005 by a New York State's Judge ............

Willfull & Known use of such Document , after it is invalidated by the defendants [ " PROVES " ] beyond any doubt , that Federal Bureau of Prisons et al ; employed Carol Danner , Keith Dewey, etc. etc. U.S. PAROLE Commission used K. Pinner ( EXAMINER ) , U.S. Probation used their employees in N.D. of Ill., Southern District of New York & New Jersey to manufacture & use further false & erroneous documents by the use of this warrent vacated on June 7, 2005 to draw an " ADVERSE DECISION " that has now occured for over a period of 12 Months ......

3

## ARGUMENT

There exist the need for such a hearing to " DRAW " a close control over the litigation [ prior ] to TRIAL in this matter , since a " REQUEST for TRIAL BY JURY " was made by the Plaintiff in this case for the mere fact that this is a re-peat of the very same defendants and tactics who now is obvious **willfully & knowingly employ at will** other federal employees and outside law enforcement agencies to manufacture FLASE RECORDS that are later used to support " ADVERSE DECISIONS " against the Plaintiff Kevin Razzoli .

Several Courts , have now ruled that " RECORDS " of Kevin Razzoli do contain " ERRONEOUS " documents , see Razzoli -v- Swinson , 225 F3d. 650 ( 3rd. Cir 2000) , Razzoli -v- Swinson , 3:00-cv-1417 (Mid.of Pa.) ( MArch ,2001)(Kosik,J) REVERSED ordered Released ......

The Circuit Court of Appeals For The District of Columbia , held in the case of " Toolasprashad -v- Fed.Bureau of Prisons ,286 F3d 576,578 ,579 ( D.C.CIR.2003) " Key Note #13 Records , that reasonable reliance by some employees **cannot immunize** an agency from The Privacy Act consequences of employing other employees who delibrately falsify records . ........ 5 U.S.C.A. § 552a .. This case ( Toolasprashad ) deals with the same employees of the Federal Bureau of Prisons ( FCI ALLENWOOD ) as did in the case at Bar ( RAZZOLI) only this is THE SECOND TIME for Fed.Bur.of Pris. at Fci Allenwood to [ FALSIFY RECORDS ] that are used to draw an ADVERSE DECISION against Razzoli and this is obvious it is " RETALIATION " for Razzoli exercising his 5th & 14th Amendment U.S. Constitutional Rights to seek redress thru the Courts ....

Based on these Facts this Honorable Judge Robertson should " GRANT " 1.) PhotoConferance , 2.) Set Time for Discovery ,3.) Admissions , 4.) Depositions , 5.) Interogatories , 6.) Appointment of Counsel .

this being a [ re-peat ] that is clear willfull & known retaliation by falsifying Razzoli's Records .......

Date: 9/29/05

Requested & Submitted By:

Kevin Razzoli,Pro Se Plaintiff
#39945-066
P.O.Box 2000
White Deer,Pa.. 17887

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kevin Razzoli
    Plaintiff

                            Judge Robertson

                            Case # : 05-1685(JR)

-v-

Federal Bureau of Prisons et al;
    Defendants

                            " O R D E R "

                            Date:_____

It hereby " ORDER " of this Court , that on the Day of _____ Month of _____ , Year 2005 a " PRE-TRIAL Conferance " will be held via " PHOTO CONFERANCE " between Plaintiff Kevin Razzoli who is located at FCI ALLENWOOD , and in the interest of Judicial Economy this hearing will be held via Photo Conferance to Discuss :

        1,)   Discovery
        2.)   Admissions
        3.)   Time of depositions
        4.)   Interogatories
        5.)   Appointment of Counsel

Such Hearing & ORDER is in compliance with Federal Rules of Civil Proc. pursuant to Rule # 16 (a)(c) .

It is so " ORDERED "

Date Issued : _____                     Issued By :

                                                          Judge Robertson
                                                          United States District Court
                                                          For The District of Columbia