UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN RAZZOLI** ) <br> #39945-066 ) <br> POB 2000 ) <br> White Deer, PA 17887 ) <br>       **Plaintiff** ) <br> ) <br> v. ) <br> **BUREAU OF PRISONS, et al.** ) <br> Washington, D.C. ) <br> ) <br> ) <br> ) <br>       **Defendant.** ) | Civil Action No. 05-1685 (JR) <br> ECF |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

                                                Respectfully submitted,

                                                /s/
                                          PETER SMITH, D.C. Bar #465131
                                          Assistant United States Attorney
                                          United States Attorney's Office
                                          Civil Division
                                          501 3rd Street, N.W., 4th Floor
                                          Washington, D.C. 20530
                                          (202) 307-0372

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **11th** day of **October**, 2005, a true and correct copy of the foregoing Praecipe was served upon Pro Se Plaintiff **Kevin Razzoli**, by first class United States mail, postage prepaid, to:

>Kevin Razzoli
>#39945-066
>F.C.I. - Allenwood
>POB 2000
>White Deer, PA 17887

/s/
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
501 3rd Street, N.W., 4th Floor
Washington, D.C. 20530
(202) 307-0372