## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___Columbia___

TO:
U.S. Probation Department
U.S. Courthouse—6th Floor
500 Pearl St.
New York, New York 10007

Civil Action, File Number __CA-05-1685 (JR)__

__Kevin Raznoli__

V.

__Bureau of Prisons, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You <u>MUST COMPLETE</u> the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you ___) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If [you return] copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the [complaint]. If you fail to do so, judgment by default will be taken against you for the [relief demanded in the complaint].

[Signature of Sender] Summons and Complaint By Mail was [mailed]

COMPLAINT
complaint in the above captioned manner at

[Number] and Street Name or P.O. Box No.

[City, State] and Zip Code

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)