



UNITED STATES POSTAL SERVICE • First-Class Mail Postage & Fees Paid USPS Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

U.S. Marshals Service
U.S. Courthouse
333 Constitution Ave., N.W.
Room 1106-B
Washington, D.C. 20001