UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN RAZZOLI**, ) | |
| ) | |
| **Plaintiff**, ) | |
| v. ) | Civil Action No. 05-1685 (JR) |
| ) | |
| **BUREAU OF PRISONS, et al.**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Defendants respectfully move, under Fed. R. Civ. P. 6(b), for an enlargement of time of twenty-one days until December 19, 2005, to file an answer or otherwise to respond to the Complaint in this case. Since Plaintiff is incarcerated it is impracticable for the undersigned to confer with them about this Motion.[1] A proposed order consistent with this Motion is attached.

In support of this Motion, Defendants state as follows:

1. Defendants' answer currently is due by November 28, 2005.

2. Defendant anticipates filing a dispositive motion in response to the Complaint. The undersigned will need additional time to prepare and file that motion. That is, the undersigned will need additional time to familiarize himself with the issues in the case, to coordinate Defendant's response with the agency and to review any records needed to support Defendants' anticipated motion.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

3. In addition, the undersigned is counsel of record in <u>Woodruff v. Mineta</u>, Appeal No. 05-5033, in which the government's appellate brief is due by November 28, 2005. In addition, the prior week, November 21 through 25, 2005, the undersigned is assigned to handle any emergency matters on behalf of this office. The preceding week, the undersigned has two dispositive motions due and four depositions scheduled.

4. Since granting the requested enlargement of time would allow Defendant to prepare a motion to dismiss, which, if granted, would dispose of the case, it is also in the interest of judicial economy to grant this Motion.

Respectfully submitted,

/s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/
_____
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of November, 2005, a true and correct copy of the foregoing Motion for Enlargement was served upon Plaintiff Kevin Razzoli by first class United States mail, postage prepaid, to:

**KEVIN RAZZOLI (PRO SE)**
**# 39945-066**
**F.C.I. - Allenwood**
**POB 2000**
**White Deer, PA 17887**

/s/

PETER S. SMITH,  D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372