UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN RAZZOLI**, | ) |
| **Plaintiff**, | ) |
| v. | ) Civil Action No. 05-1685 (JR) |
| | ) ECF |
| **BUREAU OF PRISONS, et al.**, | ) |
| Defendants. | ) |

## ORDER

For good cause shown, upon consideration of the entire record herein, the Court hereby:

GRANTS, Defendants' Motion for Enlargement of Time to file an answer or to respond to the Complaint, up to and including December 19, 2005.

DATED:

_____
UNITED STATES DISTRICT JUDGE