UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kevin Razzoli
Plaintiff

                                      Judge : ROBERTSON

-v-                                 Case #: 05 -cv-1685

B.O.P. et al;

Request for ADMISSIONS ( First Set)
Pursuant to Rule 36(a) of the
Federal Rules of Civil Procedure

---

Plaintiff Pro Se Kevin Razzoli , hereby comes and submitts to the counsel for the defense pursuant to " Rule 36 (a) " First Set of Admissions in accordance with the Federal Rules of Civil Procedure , and to be responded to in 30 Days after reciept ....................

1.) That Kevin Razzoli #39945-066 , has signed an Expidited Parole Agreement for an 8 Month Revocation Sentence .
    YES_____         No_____

2.) That Kevin Razzoli has had problems in the past with US PAROLE Commission & Bureau of Prisons dealing with his release in the Year 2002 ,August 16, that dealt with S.D.N.Y. Probation with making a FALSE DOCUMENT that caused Razzoli to spend another 30 Days in jail over his agreed upon release date due such False Document .
    YES_____         No_____

3.) A Paorolee must Provide a residence , employment to US Probation to be accepted for release to that district ...

    YES_____         No_____

4.) That Razzoli has provided to US PAROLE DEPT. 1.) Residence & 2.) EMPLOYMENT via his Produce Bussiness or a job at the Law Firm of Louis P. Buffardi ........
    YES_____         No_____

5.) That Federal Bureau of Prisons manufactured a False Incident report on August 10, 2004 & refused to answer it when taken

1

to UNITED STATES DISTRICT COURT,Middle District of Pennsylvannia and " ORDERED " to respond & [ FAILED ] to do so in case docketed 3:04-cv-2495 ......
      YES____  NO____

6.) That Kevin Razzoli's New York State Identification # is808194615 and has a Bussiness chartered in State of New york where he resided [ prior ] tohis violation ......
      YES____  No____

7.) That on June 28,2005 US Parole Attorney Sharon Gervasoni " CLEARLY " issued a [ " sworn " ] affidavitt submitted to a Court of Law that identified Razzoli owned & operated RAZ Trading in the State of New York and will suffer ECONOMIC HARM if maintained in prison .
      YES____  NO____

8.) That Kevin Razzoli's Mother ,nor any of his brothers ever lived in the State of New York .
      YES____  NO____

9.) That Kevin Razzoli's Parole date was retarded in violation of th US PAROLE POLICY # 2.28(e) , and Razzoli appealed to the Parole Board and was even [ " DENIED "] DUE PROCESS of Law and refused a hearing to counter act the " ARBITRARY ACTIONS of US PROBATION " officers from several different States who manufactured false documents to support an adverse decision made against Razzoli ............
      YES____  NO____

10.) US PAROLE has made " ERRONEOUS FINDINGS of FACT " in the past and was ruled in case# 3:00-cv-1417 (Mid. of Pa.) (Kosik,J) that such findings was " ERONEOUS " against Razzoli , as is now .....
      YES____  NO____

11.) That the defendants " FALSE USED " an arrest warrent up until August 22,2005 , when warrent was " CLEARED " by Bronx ,N.Y. SUPREME COURT JUDGE George Villegas on June 7,2005, which was even invalidated by the " I.A.D. PROVISIONS " setforth in the Title 18 U.S.C. Appendix 2 §§ Article III & IV , which states charges are to be dismissed with prejudice if inmate is not taken before a Judge within 180 Days ..........
      YES____  NO____

12.) That Kevin Razzoli nor Counsel was provided with June 7,2005 document that was used to support an adverse decision made by US PAROLE EXAMINER PINNER , who in the past has used FALSE & MISLEADING STATEMENTS to support an adverse decision against Kevin Razzoli ......
      YES____  NO____

2

13.) That agents for the BUREAU of Prisons ( FCI ALLENWOOD) have been found to retaliate against inmates for exercising their 5th & 14th Constitutional Amendments , and manufacture FALSE RECORDS ,see <u>Toolasprashad -v- B.O.P. 286 F3d.576 (D.C.Cir.2001)</u> that supports <u>B.O.P. Staff have willfully & knowingly falsified inmate records in retaliation for Court Action</u> ....
        YES_____    NO_____

14.) That on July 19,2005 Unit Manager Wolever signed and approved document known to be " <u>FALSE & PERJUROUS</u> " , that willfully & knowingly was in violation of 18 USC §§§ 1001 ,1622,1623 which was used to support an adverse decision against Kevin Razzoli .
        YES_____    NO_____

15.) That Carol Danner ,Legal Tech for the B.O.P. on July 1st & 5th ,2005 still was using an arrest warrent that was CLEARED to draw an adverse decision against Kevin Razzoli .........
        YES_____    NO_____

15.) That US PROBATION for the Southern District of New York is willfully and knowingly manufacturing FALSE & RETALIATORY DOCUMENTS against the very Rules & regulations setforth in Title 5 § 552a et.seq. which intern are being used to support an adverse decision against Razzoli .
        YES_____    NO_____

16.) That on August 27,2004 issued a Document instructing B.O.P. STAFF at FCI ALLENWOOD , to " LIFT WARRENT " and " NO TO EXTRADITION of Kevin Razzoli in case <u># 2001 BX 052035</u> ,issued by Bronx DA's office Bronx New York ., signed by Jeniffer Harden and stiil was never adhered to by B.O.P. STAFF or US PAROLE STAFF ...., but used to support an adverse decision agianst Razzoli , and DENIED ACCESS to a FEDERALLY FUNDED PROGRAM .......
        YES_____    NO_____

17.) That Kevin Razzoli has suffered ECONOMIC HARM due to the use of such FALSE & RETALIATORY DOCUMENTS , and his life was placed in danger due to the use of such ARBITRARY ACTIONS that was supported by these False Documents , that violates Title 5 U.S.C. § 552a (e)(5),(g)(1)(c) (g)(4) et seq. ...........

18.) That B.O.P. Staff at FCI ALLENWOOD used OFFICER KLAP & CookForeman Reidinger to intimidate Kevin Razzoli for seeking the Court's Help by the use of FALSE STATEMENTS MADE TO INMATES that Razzoli was a a gov't informant which is not true ,but used to impede court action which violates Titl 18 U.S.C. §§§ 241,242,246.........
        YES_____    NO_____

19.) That Razzoli attempted to rectify the wrongs by exhausting his administrative remedy system and recieved " <u>NO RELIEF</u> " by any of the Defendants ....
        YES_____    NO_____

20.) That Kevin Razzoli has made every informal attempt to resolve this issue of False Records , that have caused him and family to exspend a great deal amount of Money for legal exspenses , due to the acts of manufacture & maintaining of FALSE RECORDS in Razzoli's Files that was used to draw & support adverse decisions against him ,which intern inflicted ECONOMIC HARM on Razzoli's Bussiness ......

YES _____   NO _____

21.) That UNITED STATES Probation Office for the Northern District of Illinois willfully and knowing manufactured and used FALSE & RETALIATORY DOCUMENTS to support an adverse decision against Razzoli to access his residence at 2524 south California Ave, Chicago,Ill, & to Operate his Bussiness Emilio Group ,in chicago Illinois and to be employed by the Law Office of Louis P. Buffardi who's Law Office is located at 110 Oakbrook Road , Oakbrook Illinois and is in good standing with the bar ........

YES _____   NO _____

22.) That the defendants have engaged in actions to violate the very laws of Title 5 USC § 552a et.seq. , which such violations are compounding & elevating to violations of 18 U.S.C.§§§§ 1961,1962, 1963,1964(c) et.seq. , Hobbs ACT , RESTRAINT of Trade , by the use of such FALSE & ERRONEOUS DOCUMENTS ....

YES _____   NO _____

23.) That Kevin razzoli was never provided with statements of the people who reside at 230-18 Bay Street Doughlaston,New York and that such statements was used to draw adverse decision against Kevin Razzoli .

YES _____   NO _____

24.) That US PAROLE Attorneys THEISSEN ,Gervasoni and also B.O.P. Attorneys McClusky & ANTE willfully & knowing submitted FASLE & ERRONEOUS sworn affidavitts to the Files of Kevin Razzoli,which some even was submitted to US District Court case # 3:04-cv-2495,Middle district of Pennsylvannia and also 03-cv-5434,03-cv-2656 (E.D.N.Y.)

25.) There is FACT that " ALL " of the defendants' utilized an arrest warrent to support the willfull & Malicious Intent to violate Razzoli's 4th, 5th, 14th Amend. Rights pursuant to U.S..C.A. by manufacturing " FALSE DOCUMENTS " without a thorough investigation and then such acti under color of Law violates 18 U.S.C. §§241,242,246, 18 U.S.C. §§§§ 1961et seq. , 1962,et.seq., 1963 et.seq .. 1964(c) , and Title 5 § 552a (g)(1)(c) , (g)(4),(e)(5) et.seq...

YES _____   NO _____

Petitioner Kevin Razzoli Pro Se, Hereby submits these 25 ADMISSIONS " Pursuant to Federal Rules of Criminal Procedure Rule 36(a) ,to be answered within the " 30 Day " Time Span allotted by law !
I swear pursuant to 28 U.S.C. § 1746 that these 25 Admissions are TRUE & Accurate occurances & acts committed by the defendants and there is no Lies or Misleading information contained in this Document  I DO SO SWEAR under the Laws of Perjury .......

This Document is submitted to Defendants Counsel A.U.S.A. Peter S.Smith of the United States Attorney's Office FOR THE DISTRICT OF COLUMBIA via regular mail .........

Date: November 7,2005                    Respectfully Submitted By;

                                         /Kevin Razzoli#39945-066
                                         P.O. Box 2000
                                         FCI Allenwood
                                         White Deer,Pa. 17887

5

Re: Case # 05-cv-1685