UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kevin Razzoli
   Plaintiff

                                              Judge : Robertson

                                              case #  05 -cv-1685 (JR)

-v-

Federal Bureau of Prisons et al;
   Defendants

              Request for Discovery Pursuant to
              Federal Rules of Civil Procedure
              <u>Rule # 26 (a)(1)(3)(b)(3),(f)</u>

Comes Now the PLaintiff Kevin Razzoli Pro se , Hereby submitts to the defendants' Counsel A.U.S.A. Peter Smith of the US ATTORNEY'S Office for the District of Columbia , an INITIAL REQUEST for DISCOVERY pursuant to Federal rules of Civil Procedure ,Rule # 26(a)(1),(3)(b),(f) et seq. and requests the below listed documents ,located in the defendants' possession at the following location  :

       1.) ALL statements from residents of 230-18 Bay Street
           Doughlaston ,Ny. who's  statements are located at
           500 Pearl street,New York New York ,Southern District
           of New York Probation Office ...........

       2.) All notes of USPO STERN, which she used to state I have
           NO ties to New YORK ,New York .......

       3.) Disclosure of  " <u>ALL</u> "  U.S.P.O. Nikita FranceSmith
           Northern District of Illinois notes surrounding the
           meetings with LOUIS P. Buffardi ,and that shows that
           Kevin Razzoli's Mother & Brothers  reside in the State
           of New York

       4.) Statements made to US PROBATION OFFICERS of the S.D.N.Y.
           from Joseph Russo of 81 EDGewOOD Drive ,Orangeburg ,N.Y.
           such statements are located at 500 Pearl Street ,NY.,N.Y.

       5.) <u>ALL</u>  statements of Confidential Informants made to Bureau of
           Prisons S.I.S. , at FCI Allenwood , FCI Fairton, MDC Brooklyn

1

New York . and such statements are located at the B.O.P. FACILITIES listed , and in the Central Office of B.O.P. S.I.S. Office in Washington D.C.

6.) ALL Statements that contain Kevin Razzoli's name in FBI 302 Forms , DEA 6 Forms and Internal Memos listing his name that are located in U.S.PAROLE Commission's Office at 5550 Frienshipship Blvd. Chevy Chase Maryland , and Office of the FBI in New York New York ................

7.) All statements & Notes of Nikita france Smith USPO N.D. Illinois that can show Attorney Louis P. Buffardi was not suitable to associate with , and conduct bussiness with thru EMILIO GROUP of Chicago ,Illionois which Mr. Buffardi is connected to .......

8.) All documents that are inthe possession of the MAIN OFFICE of U.S. Probation located in Washington D.C. ........

9.) All notes from Mr. Keith Dewey ,Casemanager of FCI ALLENWOOD an agent for the Bureau of Prisons , such statements are located at FCI ALLENWOOD , White Deer,Pa.

10.) All COPIES of REQUEST to Staff ,challenging the Documents that are being used to draw an adverse decision against Razzoli by the BUREAU of Prisons , such statements are located at the Central Office of the Bureau of Prisons ,320 First Street,N.W. Washington D.C.

11.) All Documents requesting /appealing U.S. PAROLE Documents that was used to Draw an adverse decision ....

These requested Documents should be released to Kevin Razzoli plaintiff Pro Se within " 30 DAYS " after this reciept for requested documents .
This request is made pursuant to Federal Rules of Civil Procedure Rule #26 et seq. and an such time extention that might be requested should be addressed at the PRE-TRIAL CONFERANCE .........................

Date: _____

Submitted By ;

*[signature]*

Kevin Razzoli #39945-066
P.O. Box 2000
FCI Allenwood
White Deer,Pa. 17887