```
                                              Kevin Razzoli#39945-066
                                              FCI Allenwood
                                              P.O. Box 2000
                                              White Deer.Pa. 17887
```

Re: Razzoli -v- B.O.P. et al;
    Case#: 05-cv-1685(JR)

November 07.2005

_____
   BY HAND
_____

*11/21/05 leave to file granted — [signature] USDJ*

Judge Robertson
Please find enclosed a " COPY " of 1.) Discovery Request &
2.) Request for Admissions pursuant to Federal Rules of Civil
Procedure ,with the appropriate Rule # applied [ without ]
the COURT'S ORDER requiring such compliance .

This submittal is for the COURT'S File , that if a COURT ORDER
is necissary to compel the defendants' counsel to comply with
Federal Rules of Civil Procedure , it will show I tried to
act in " GOOD FAITH " and also what is defined in Fed. Rules
of Civil Procedure ............
Thank You for the Court's Time in this matter .....

Also ,can the Court please advise me on the statis of my PRE-TRIAL
Conference , that also was sent to the defense consel A.U.S.A. Smith
who has yet to respond ........

See enclosed also a letter & document exsplaining wrong doing via
the " Willfull Manipulation of Documents " by an agent for the
B.O.P. ( KEITH DEWEY ,Unit 3a Casemanager FCI ALlenwood)........

                                              Respectfully Submitted
                                              [signature] Kevin Razzoli