UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**KEVIN RAZZOLI**,  )
 )
           Plaintiff,  )
   v.  )   Civil Action No. 05-1685 (JR)
 )
**BUREAU OF PRISONS, et al.**,  )
 )
          Defendants.  )
 )

## ORDER

For good cause shown, upon consideration of the entire record herein, the Court hereby:

[ ] GRANTS Defendants' Motion for Protective Order. Defendants' need not respond to any pending discovery request or notice in this matter and the parties shall not serve any discovery requests nor notice any depositions, nor participate in any discovery whatsoever, prior to order of this Court explicitly allowing for the commencing of a discovery period.

[ ] DENIES Plaintiff's Motion for Stay.

DATED:

_____
UNITED STATES DISTRICT JUDGE