United States District Court
District of Columbia

## Sworn Affidavit of Kevin Razzoli

Case # 05 1685 (JR)
Razzoli -v- B.O.P. et al.                                December 08, 2005

Notice of Further Acts
of Falsifying Records
Ie: Congr. Dewey's Affidavit
Nov. 12, 2005 & Nov. 8, 2005
E-mail to U.S. Parole in
U.S. Parole / Court Case # 3:04-cv-2495
Mid. PENN. ..........

RECEIVED
DEC 12 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I Kevin Razzoli #39945-066 do so certify that on Nov. 8, 2005 and Nov. 12, 2005 an agent for the defendants "B.O.P. & U.S. Parole", "Manafactured" & used additional False documents to support adverse decisions against Razzoli, "Willfully & Knowingly" that such statements sworn under oath is "False". 18 U.S.C. §§ 1001, 1622, 1623

I do so Certify Pursuant to 28 U.S.C. § 1746

Kevin Razzoli
39945-066

## Certificate of Service

I Kevin Ruggi #39945-066 Plaintiff in case #05-1685 do so Certify pursuant to 28 U.S.C. §1746 that on Dec 07, I placed in the hands of S.H.U. Officer at FCI Allenwood. 1.) Sworn Affidavit of Notice of Further Acts of Falsifying documents by Defendants, 2.) Opposition to Defendants court submittal for Stay of Discovery and mail on Dec 07, 2005 to the below listed addresses.

1.) U.S. District Court
District of Columbia
333 Constitution Ave, N.W.
Washington D.C. 20001
Cert mail #7002 0510 0001 6758 6677

2.) U.S. Attorney's office
AUSA Peter S. Smith
555 Fourth Street, N.W.
Washington, D.C. 20001

Case # 05-1685

Dec. 07, 2005

Sworn By
Kevin Ruggi #39945-066
Plaintiff