UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KEVIN RAZZOLI**, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-1685 (JR) |
| ) | |
| **BUREAU OF PRISONS, et al.**, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion Dismiss, and the entire record herein, it is hereby ORDERED that this case be dismissed with prejudice.

_____                    _____
  DATE                              UNITED STATES DISTRICT JUDGE

Copies to:

KEVIN RAZZOLI (PRO SE)
# 39945-066
F.C.I. - Allenwood
POB 2000
White Deer, PA 17887

PETER S. SMITH
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530