U.S. District Court
District of Columbia

Kevin Razzoli,                    Civil Action # 05 cv 1685 (JR)
  Plaintiff                       Judge: Robertson

  -v-                             STAY COURT ACTION
B.O.P. et al.
                                  Notice of "18 month Bus Ride"
                                  Ie: Diesel Therapy, to
                                  Hinder Court Action.
                                           +
1/4/06                            Emmediate Court Hearing
Leave to file                     and produce Razzoli at
granted                           such Hearing.
/s/ [Robertson]
USDJ

Judge Robertson
  I've been placed on "Diesel Therapy" by the B.O.P. & other unknown parties, I was told this "18 month long transfer" will teach me to file Court Action, and placed me in U.S.P. Lewisburg Control Unit and was threatened with death by FCI Allenwood staff.

  I Request an Emmediat "Stay of Court Action" since all my Legal work was confiscated by the defendants and cannot reply

1

to A.U.S.A. Smith's Brief for Dismissal or Transfer.

Again please "GRANT This STAY OF COURT ACTION" & to produce me in your court room with "all my legal work, case law and work product. Toolas Pradshad -v- B.O.P. 286, F3d 576 (D.C. Cir 2002)

Dec. 27, 2005

Kevin Ryzol.
Pro se Plaintiff.