Kevin Razzoli
Plaintiff                                    Civil Action: 05-cv-1685 (JR)

-v-

B.O.P. et al;
Defendants                                   "ORDER"

It is hereby "ORDERED" the Plaintiff's Request for stay of court proceeding is "GRANTED" due this dilema of his legal work all being confiscated & put on an "18 month bus ride" in retaliation for court action. I is further "ORDER" Razzoli produced in this court room by the U.S. Marshal Service from where ever he is being held by B.O.P. Defendants along with his legal work.

                                             Order BE

Date
                                             U.S. District Judge

Sworn Affidavit
of
Kevin Razzoli #39945-066

I Kevin Razzoli #39945-066 do so certify pursuant to 28 U.S.C. § 1746 the below Ifeas are true accurate & corect they are

1.) All my legal material, that includes briefs, work product & case law was confiscated by FCI Allenwood staff on Dec. 27, 2005 to hinder court action in 05 CV 1685 (JR)

2.) That I was transfered from FCI Allenwood and told I'm going on a "18 month Bus Ride" for filing court action ..., this was told to me by Casemanager Kieth Dewey. Unit 3 - who is the key figure in falsifying my paperwork.

3.) I was scheduled to have a U.S. Parole hearing on Jan. 23, 2006 at FCI Allenwood, see case # 3:04-cv-2495 Mid. Penn. (Kosik, J.) Gov't's Nov. 22, 2005 brief submitted to the court.

4.) Razzoli was threatened with death by FCI Allenwood staff for filing court action

28 U.S.C. § 1746 I do so swear
Kevin Razzoli

Served via US mail

TO: U.S. District Court
District of Columbia
333 Constitution Ave, N.W.
Washington DC. 20001

U.S. Attorney's Office
555 Fourth Street, N.W.
Judiciary Center
Washington, DC. 20001

December 27, 2005                    Ken Lyzel