Re: 05C 1685 (JR)
BAZZOLI -v- B.O.P. et al;

1/5/06 Leave to file granted
[signature]
JSDJ

December 20, 2005

BY HAND

Notice of Default &
Non-Compliance to Court's
Granted By Judg Robertson
"Exstension of Time" Dec 18, 2005"

Judge Robertson,
Please be Advised AS of Dec. 20, 2005 I've Yet to Recieve A.U.S.A.'s (Smith) Response to the Complaint...

I Tried to call "Pro Bono" Counsel, who is my Bussiness associate In "Emilio Group L.L.C." which has been Render "Non-Performing" due to the defendants' willfull & known acts of Falsification of Records, That is beieng used to draw an Adverse Decision By "All" Agencies (defendants) in case # 05C 1685 (J.R.).

Please, I Need to address several Issues at the January 3, 2006 Pre Trial Conference I Requested.

Too/ASORASHAd -v- B.O.P, 286 F3d. 576 (D.C.Cir. 2002)

1

1.) I will be providing further documents of wrong doing & support for trial.

2.) The court "must" order the defense to submit answers to the admissions (25) that is "NO EXPENSE" at all. Violations of § 552a(e)(5), (g)(1)(c), (g)(4) was deliberate and inflicted monetary loss by there use.

So such "court order" would help militate the true facts & bring to life who (employees) was the responsible parties... "TOOLASPRASHAD-v-B.O.P. 286 F3d 576, 577,578 (D.C.Cir 2002) deals with "FCI Allenwood" who is a branch office of the B.O.P. The very same office we deal with "NOW". See Also "STRANG-v-U.S.A.C.D.A. 864 F2d 859 (D.C.Cir. 1989)

So, in the interest of justice "order" a hearing to set time for 1.) discovery, 2.) admissions, 3.) appointment of counsel, since Razzoli can't research at will nor has access to a telephone to request documents.

Respectfully Submitted
Kevin Razzoli #39945-066

CC: U.S. Attorney's Office
AUSA-Peter S. Smith
555 Fourth Street, N.W.
Washington, D.C. 2001
Via U.S. Mail

Orig: U.S. Dist. Court
333 Constitution Ave, N.W.
Washington, D.C. 20001