UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN RAZZOLI, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1685 (JR) |

**TRANSFER ORDER**

Upon consideration of defendants' motion to dismiss or for transfer and the entire record of this case, it is hereby

ORDERED that plaintiff's motions for "'Court Ordered' Pretrial Conference via Photo Conference or Teleconference" [#8] and to stay proceedings [#14, 24] are DENIED. It is further

ORDERED that defendants' motion for a protective order [#17] and to transfer [#23] are GRANTED. It is further

ORDERED that the Clerk of Court shall TRANSFER this action to the United States District Court for the Middle District of Pennsylvania. Resolution of defendants' motion to dismiss is left to the transferee court.

SO ORDERED.

JAMES ROBERTSON
United States District Judge