UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
FEB 06 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Kevin Razzoli,              Civil Action No. 05-1685(JR)
  Plaintiff

  -v-

Federal Bureau of Prisons et al;
  Defendants

NOTICE OF APPEAL
BY PLAINTIFF RAZZOLI

Kevin Razzoli Pro Se hereby submits his "Notice" of Appeal, to Court's order dated Jan 10, 2006 that was recieved on Jan 31, 2006 at U.S.P. Lewisburg by Plaintiff Kevin Razzoli. Court was "Timely" notified of his "Retaliatory Transfer" & "Confiscation" of "All Legal Material & Work Product" by [Defendants] on Dec. 27, 2005 the "Eve" of his response being due, see "Toolasprashad -v- B.O.P." 286 F.3d 576, 577, 578 (D.C. Cir 2002).

1

Kevin Razzoli Plaintiff Pro Se, "Clearly" Showed the Court, and Notice the Court in a Timely Manner of his "Retaliatory Transfer" that was obviously to "Impede & Obstruct" this Court Action.

Again, See "Toolasprashad -v- B.O.P. 286 F.3d 576 (D.C. Cir 2002) that deals with the very same Prison Facility "FCI Allenwood" and the very "Same Tactics" Falsification of Gov't Documents (Prison Records) to "Cover up" for each other.

Jan 31, 2006

Respectfully Submitted By
Kevin Razzoli #39945-066
P.O. Box 1000
U.S.P. Lewisburg
Lewisburg, Pa. 17837

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kevin Razzoli
Plaintiff                                        Civil Case # No. 05-1685 (JR)

   -v-

Federal Bureau of Prisons
Defendants

"Request for Appointment of
Appealate Counsel, &
Return of "All" Legal
Documents & Work Product.."

1.) Comes Now Plaintiff Kevin Razzoli Pro Se, Hereby Submitts in "A Timely Manner" ("1.") "Request For Appealate Counsel be Appointed" "2.") "Court Order to Return "All Legal Documents" Confiscated by the Defendants" on Dec. 27, 2005 from Kevin Razzoli, Pro Se Plaintiff. Razzoli Remains in "24 hr. A day Lock Down" At U.S.P. Lewisburg Since Dec. 27, 2005 . . . . .

1

U.S. Supreme Court in "Johnson-v-Avery" & "Bounds-v-Smith" (cites unknown) "Frowns" on this type of "Restricting Access to the Courts" by "Willfully & Knowingly" confiscating Legal work product & Documents to "Impede & Obstruct" Court Action..... This also was "established" in "Johnson-v-Missouri, 142 F.3d 1087 (8th Cir 1998), "Lewis-v-Casey", 135 L.Ed. 2d 606 (1996). The "Court" must address this Issue, since "D.C. Circuit Court of Appeals" had to address the "Parallel" actions taken in "Toolasprashad-v-B.O.P., 286 F.3d 576, 577, 578 (D.C. Cir 2002) as done in this by the "Same" Prison FCI Allenwood to Kevin Bazzoli.

2

## APPOINTMENT OF COUNSEL

2.) The "D.C. Circuit of Appeals" appointed appeal nt counsel in "Toolasprashad -v- B.O.P.", 286 F.3d 576 (D.C. Cir. 2002).

Razzoli's "Request" for appointment of counsel should be "GRANTED", because of the same [FACT] of Retaliatory TRANSFER & the mere Fact he "Did Not" have ANY legal material to respond to A.U.S.A. Smith motion to Dismiss or TRANSFER this case to the Middle District of Pennsylvannia..... more than "7 Executive B.O.P. Staff + U.S. Parole" Commissioners will be subpoenaed to Court as material witnesses & having first hand knowledge of such actions.

3

Razzoli, presented Affidavits, documentary proof "Beyond any doubt" this case was presented & filed in the "Proper" Judicial District (D.C. Circuit), and the "FACT" that defendants, "Confiscated" all Legal documents and Transfered Him [out] of FCI Allenwood, then "Refused" to give Razzoli any "Confiscation" Form for such Legal documents & "Personal property". Which is B.O.P. Policy when such "Confiscation or Transfer" takes place..

3.) Razzoli's "Request" for "Return" of such legal work should be "Granted" and Turned over to "Appointed Counsel" In the Presence of U.S. Marshals and "Inventoried" & the Defendants to Replace [All] miss Documents, at their Exspense.

4

## Conclusion

Based upon the "overwhelming Facts" that "All" of Plaintiff's (Razzoli) Legal work was "Confiscated & Transfered" on the Eve of his Response to Defense's motion to Dismiss or Transfer Case, his Request for 1.) Appointment of Counsel 2.) Return of All Legal work is "Granted"

Jan. 31, 2006

Respectfully Submitted By,
Kevin Razzoli, Pro Se
#39995-066
P.O. Box 1000
U.S.P. Lewisburg
Lewisburg, Pa. 17837

5

United States
District of Columbia

Kevin Razzoli,
 Plaintiff

— v —

Fed. Bureau of Prisons, et al.;

Civil Action: 05-cv-1685(JR)
C.A. Panel
C.A. #:

"ORDER"

It is by "order" of this Court that the Plaintiff's Request for 1.) Appointment of Counsel, 2.) "Immediate" Return of "All" Legal Documents in the Presence of the U.S. Marshals, & to be Inventoried by Razzoli, Appointed Counsel & US Marshals, 3.) Any "missing" documents "Be Reproced" at the Defendants' Exspense, is "Granted"

Date:                                   Ordered by
                                        _____
                                        U.S. District Judge

Re: 05-1685 (JR)
   Razzoli -v- B.O.P. et al;

   SWORN AFFiDAViT OF PlAiNTiFF
   KeviN RAzzoli #39945-066
   PuRSuAnT TO 28 U.S.C. § 1746

1.) That on Dec. 27, 2005 Defendants CoNFiscated All Legal Work & Refused to Give CoNFiscation Form...

2.) That Kevin Razzoli was "TRANSFered" To Empede & OBSTRUCT this Court Proceedings......, AND Response,

3.) Kevin Razzoli "REMAiNS" iN "24hr. AdAY LOCK Down" without his Legal PAPERS.

4.) I CANNOT "pRoperly Appeal" this Court ORDER & Decision without AN ATTORNEY & his Legal PAPERS.

   I do So Swear PuRSuANT TO 28 U.S.C. § 1746 that the Above IS True & Accurate and Correct. I do So Swear.

Jan 31, 2006                                 Kevin Razzoli #39945-066

## Cert. of Service

I swear on Jan 31, 2006 I placed in U.S. mail at USP Lewisburg SMU unit, mailed to:

| U.S. District Court | U.S. Attorney's Office |
|---|---|
| Dist. of Columbia | AUSA Peter Smith |
| 333 Constitution Ave, N.W. | 555 Fourth Street, N.W. |
| Washington, D.C. 20001 | Washington D.C. 20001 |

Jan 31, 2006                        Kevin Kyzer