

**U.S. Department of Justice**

Federal Bureau of Prisons

*Consolidated Legal Center - Allenwood*

---

*P.O. Box 1500*
*White Deer, PA 17887*

May 10, 2006

United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

     Re:  RAZZOLI, Kevin - Reg. No. 39945-066
         05-1685

Dear Clerk:

I have been informed that the above-referenced inmate has been
transferred from the Federal Correctional Institution (FCI)
Allenwood, Pennsylvania, to the United States Penitentiary (USP
Beaumont, Texas.  A complete copy of inmate Razzoli's PLRA
materials were sent to USP Beaumont.

Your point of contact at USP Beaumont will be Gerald Rawls, CLC
Leader/Attorney. The address is as follows:

    USP Beaumont              (409) 727-8187
    P O Box 26035
    Beaumont, TX 77720-6035

If I may be of further assistance, please do not hesitate to
contact me at (570) 547-1990, extension 4119.

                    Sincerely,

                    *Michelle Wirth*
                    Michelle Wirth
                    Legal Assistant

cc: Gerald Rawls, CLC Leader/Attorney, USP Beaumont

**RECEIVED**

MAY 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT