# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

| | |
|---|---|
| **No. 06-5049** | **September Term, 2005** |



05cv01685
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

Filed On:
FILED  JUN 1 9 2006
CLERK

In re: Kevin Razzoli,
      Petitioner

**BEFORE:** Ginsburg, Chief Judge, and Rogers and Garland, Circuit Judges

### ORDER

Upon consideration of the petition for writ of mandamus and the memorandum of law in support thereof, and the motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. The district court did not abuse its discretion in transferring this case to the Middle District of Pennsylvania, pursuant to 28 U.S.C. § 1404(a). See In re: Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (per curiam).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

Per Curiam

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk